UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTONIO S. BROWN                                                                                    PLAINTIFF

VERSUS                                                                    CIVIL ACTION NO. 1:16CV241-RHW

HUBERT DAVIS et al                                                                               DEFENDANTS

**FINAL JUDGMENT**

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Order of Dismissal entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.  Upon review of the pleadings, the allegations in Plaintiff's complaint, and Plaintiff's testimony at a screening hearing conducted on October 27, 2016, the Court finds that Plaintiff's complaint should be dismissed pursuant to § 1915(e)(2)(B)(ii) and § 1915A(b)(1) for failure to state a claim upon which relief may be granted.  The dismissal of Plaintiff's complaint shall count as a strike.  *See* 28 U.S.C. § 1915(g).  Plaintiff is cautioned that if he acquires three or more strikes, he shall be barred from proceeding IFP unless he is under imminent danger of serious physical injury.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE as to all claims and all defendants.

SO ORDERED, this the 9th day of November, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE